UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICH ROTBART,

                Plaintiff,

-v-

METRO NORTH COMMUTER RAILROAD COMPANY,

                Defendant.

CIVIL ACTION NO. 23 Civ. 7339 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, November 7, 2023, the Court orders as follows:

1. The Court will issue a case management plan by separate Order.

2. A telephonic status conference is scheduled for **Tuesday, January 16, 2024 at 2:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
             November 7, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
United States Magistrate Judge