UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICH ROTBART,

            Plaintiff,

-v-

METRO NORTH COMMUTER RAILROAD COMPANY,

            Defendant.

CIVIL ACTION NO. 23 Civ. 7339 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephonic status conference scheduled for Tuesday, February 13, 2024 at 10:00 a.m. (ECF No. 17) is RESCHEDULED to **Monday, February 12, 2024 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other aspects of the Court's January 16, 2024 Discovery Order & Order to Show Cause (id.) remain in effect.

Dated:    New York, New York
            January 17, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge