UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICH ROTBART,

            Plaintiff,

  -v-

METRO NORTH COMMUTER RAILROAD COMPANY,

            Defendant.

CIVIL ACTION NO. 23 Civ. 7339 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Based on the parties' letters (ECF Nos. 19–20) in response to the Court's Discovery Order & Order to Show Cause (ECF No. 17 (the "OTSC")), the Court deems Plaintiff to have satisfied the OTSC. The Court will not impose sanctions for Plaintiff's nonappearance at the January 16, 2024 telephone conference.

Dated:    New York, New York
           January 19, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**