UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICH ROTBART,<br><br>                    Plaintiff,<br><br>    -v-<br><br>METRO NORTH COMMUTER RAILROAD COMPANY,<br><br>                    Defendant. | CIVIL ACTION NO. 23 Civ. 7339 (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, February 12, 2024, the Court orders as follows:

1. The deadline for the parties to complete fact discovery is EXTENDED from March 18, 2024 to **April 30, 2024**. By **May 7, 2024**, the parties shall file a joint letter certifying that fact discovery is complete.

2. The deadline for the parties to complete expert discovery is EXTENDED from May 31, 2024 to **July 15, 2024**. By **July 22, 2024**, the parties shall file a joint letter certifying that all discovery is complete.

3. A telephonic status conference is scheduled for **Thursday, April 25, 2024 at 3:30 p.m.** on the Court's conference line. The parties are directed to call: (646) 453-4442; access code: 156-502-659, at the scheduled time.

Dated: New York, New York
February 12, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2