UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICH ROTBART,

                Plaintiff,

-v-

METRO NORTH COMMUTER RAILROAD COMPANY,

                Defendant.

CIVIL ACTION NO. 23 Civ. 7339 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, April 25, 2024, the Court held a telephone conference at which the parties represented that: (i) fact discovery is substantially complete, with the exception of a small number of requests for medical authorizations served on Plaintiff following his deposition, and (ii) they will not engage in expert discovery.

A telephonic status conference is scheduled for **Thursday, May 23, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            April 25, 2024

                                          SO ORDERED.

                                          */s/ Sarah L. Cave*
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**